**Order entered February 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00548-CR
No. 05-12-00549-CR

**JUAN JOSE VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82231-2011, 219-82232-2011**

## ORDER

The Court **REINSTATES** the appeals.

On November 16, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 15, 2013, we received correspondence from the trial court stating that a hearing had been conducted; on January 29, 2013, appellant tendered his brief, and on February 4, 2013, appellant filed a motion to extend time to file his brief.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE